In the Interest of J.L.W., Plaintiff,

Juvenile Officer, Respondent.

Missouri Children's Division, Respondent

v.

D.R. (Father), Appellant.

No. WD 73790.

Missouri Court of Appeals,
Western District,
Division One.

Jan. 17, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 28, 2012.

Christopher Rohrer, Osage Beach, MO, for Appellant.

Ruth Schulte, Lake Ozark, MO, Counsel and Guardian for Plaintiff.

Robert Seek, Eldon, MO, for Respondent, Juvenile Officer.

Gary Gardner, Jefferson City, MO, for Respondent, MO Children's Div.

Before ALOK AHUJA, P.J., THOMAS H. NEWTON, and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM:

D.R. appeals the circuit court's judgment terminating his parental rights to his biological child, J.L.W. We affirm. Rule 84.16(b).

Angel GONZALEZ, Appellant,

v.

STATE Of Missouri, Respondent.

No. WD 73181.

Missouri Court of Appeals,
Western District.

Jan. 24, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 28, 2012.

Laura Martin, Kansas City, MO, for Appellant.

Evan Buchheim, Jefferson City, MO, for Respondent.

Before ALOK AHUJA, P.J., THOMAS H. NEWTON, and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM:

Mr. Angel Gonzalez appeals the denial of a Rule 24.035 post-conviction relief motion without an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).